UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 15 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Anthony Hill

_____,

**Plaintiff(s),**

vs.

IDOC/NRC/Shawnee CC
Bruce field service/J. Tanner
c/o Quinteno, Lt Moss, c/o Crawford, c/o Antrono

**Defendant(s).**

Case No.

**1:17-cv-05969
Judge Samuel Der-Yeghiayan
Magistrate Judge Jeffrey Cole
PC 8**

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is __Anthony__.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _C/O Quienteno, C/o Crawford C/o Antiono Bruce field Service/J. Tanner officer Record Supervisor_, is

(name, badge number if known)

☒ an officer or official employed by _NRC, Statville_ ;

(department or agency of government)

_Shawnee CC_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _C/Os 4 field Service Record Office Supervisor Joliet IL, Vienna IL_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _May 9 2016_, at approximately _10:30_ ☒ a.m. ☐ p.m.

(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of _NRC Joliet IL Stateville Prison_, in the County of _Joliett_,

State of Illinois, at _Vienna IL_,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☒ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: _I was to dress in and out and was punched in the face and busted lip and crack tooth and was in fear of my life when I was to return Home By the Judge order and No House Arrest._

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):

8. Plaintiff was charged with one or more crimes, specifically:

   Violated Sex offender Resjeter
   False inform of Sex offender

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☒ Other: I was forced To Pled Guilty due To Ineffective Lawyer

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On May 9 2016 Bruce from field Service never got in Contact with Any Family member for me to Parole to 8137 S Ellis 1w Where I've Been Resigeter for over a 1½ and was Punched in the face By C/O Quienteno and C/O Crawford, C/O Antiono, LT moss never given me Any medical Attention Due to the Very Bad Face Truma and Busted Up Crack Tooth J. Tanner from Shawnee Have got many Requests to Clear of my Calculation Sheet Both my Case were run concurrent and I was already on Parole and Being Held on a Double Parole By Her Because She Said it "means" "Seperated" and was Threw in Seg for Telling How Bad I am Being Treated inhumane and was given A Ticket Becaue I Told of Inmates Broken in my Box in the Cell I was in

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I have Suffer Head, face, neck Back, Both knees and mentally my vision Head Aches My nose was Cracked and got Knots on Head and Behind ear.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Anthony Hill*

Plaintiff's name *(print clearly or type)*: Anthony Hill

Plaintiff's mailing address: 1001 W 78th ST APT 3

City Chicago   State IL   ZIP 60628

Plaintiff's telephone number: (773) 597-5622

Plaintiff's email address *(if you prefer to be contacted by email)*: N/A

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.* 1) 06 C 0800  2) 10 C 0896  3) 10 C 0897  4) 12 C 1640  5) 13 C 0046  6) 16 C 8031  7) 16 C 8968  8) 17 C 5078

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

State of Illinois
PRISONER REVIEW BOARD

| Name | Number | Facility | Docket No. |
|---|---|---|---|
| Hill, Anthony | K75792 | NRC | PV |

**To the Warden –**
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

## ☐ PAROLE/MANDATORY SUPERVISED RELEASE REVOCATION     ☐ PAROLE CONSIDERATION

☐ Found not to be a violator
☒ Declared a violator as of 5/27/16 on
   ☐ Statutory Parole
   X Mandatory Supervised Release
   ☐ Parole
☒ Parole or release revoked
   ☐ Continued to _____
☐ Parole or release continued
   ☐ Effective _____
   ☐ Effective when plans are approved
   ☐ Subject to Condition(s) listed below
☐ Release effective upon the approval of a viable host site as determined by IDOC. (VAD Sex offender ONLY)
☐ Hearing continued to _____
   ☐ For further information
   ☐ For Court Disposition
   ☐ At inmate's request
   ☐ For Violation Report

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:
☐ Committed the criminal offense of _____
☒ Violated condition(s) 05
of the Parole or Release Agreement.
☐ Violated condition(s) _____
of your Special Order.
☐ Absconded.
☐ Failed to report or falsified report(s).

**Evidence Relied Upon**
☐ Counselor's Report
☐ Police Report
☐ Witnesses testimony
☐ Own Admission

☐ Parole granted effective when
   ☐ Parole plans are approved
   ☐ Minimum is served
   ☐ Eligible
☐ Subject to regular conditions and
   ☐ Subject to condition(s) listed below
☐ Parole denied, continued to _____
☐ Hearing continued to _____
   ☐ Psychiatric Report requested
   ☐ For verification of parole plans
   ☐ At inmate's request
☐ Release date offer attached to and made a part of this order.
☐ See Rationale attached to and made a part of this Order

Order of _____
☐ Amended
☐ Stayed
☐ Vacated

**The Board finds that this evidence is sufficient because:**
Requires approved host site.

**SPECIAL ORDER (in addition to previous orders):**
YOU ARE OBLIGATED TO THE GENERAL RULES GOVERNING PAROLEES OR MANDATORY SUPERVISED RELEASEES AND THE FOLLOWING SPECIAL ORDER(S):

☐ Substance Abuse Counseling (CD)     ☐ Anger Management Counseling (CG)
☐ Outpatient Mental Health Counseling (CP)     ☐ Sex Offender Counseling (CX)
☐ Electronic Monitoring (CE) for a period of _____
☐ No Victim Contact (CT) _____
☐ Domestic Violence Counseling (DV)
☐ No Computer/Internet Access - You are not to have Internet access of any type through a computer, WebTV, cell phone, personal digital assistant (PDA), or any other device without prior approval by your parole agent. Approval for Internet access may only be made for employment and school related activities. You are prohibited from establishing a profile or utilizing someone else's profile on a social-networking website and from contacting or communicating with minors on these sites. (CC)
☐ Other: (CO) _____

**PRISONER REVIEW BOARD:**
/s/

EXHIBIT D   1.B-78

01.07.424A-J

# SENTENCE CALCULATION WORK SHEET

## MANDATORY SUPERVISED RELEASE VIOLATORS SENTENCED UNDER 1978 LAW

NAME: Hill    NUMBER: K75792    DATE: _____

**(STEP 1) (A)**
Yr. Mo. Day
16 5 19  (Recustody/New Sentence Date)
16 5 27  (Date D.A.V.)
_____   (Time Lost – MSR Viol.)

**(STEP 1) (B)**
Yr. Mo. Day
_____   (Recustody/New Sentence Date)
_____   (Date D.A.V.)
_____   (Time Lost – MSR Viol.)

**(STEP 2)**
Yr. Mo. Day
+ _____  (Time Lost – 1st Viol. –A)
  _____  (Time Lost – 2nd Viol. –B)
  _____  (Total Time Lost)

**(STEP 3)** MITTIMUS NO. 120 66136

PROJECTED OUT DATE
Yr. Mo. Day
+ _____  (Custody Date)
  _____  (Sentence Less Good Conduct Credits)
  _____  (Proj. Out Date)
+ or -     (Previous Time – Lost/Awarded)
+ 16 5 12  (Proj. Out Date)
  _____  (MSR Term)
+ _ 3 _    (Maximum)
  _____  (Time Lost – MSR Viol.)
  17 5 12  (Discharge Date)

**(STEP 4)**
Yr. Mo. Day
17 5 12  (Discharge Date)
16 5 12  (Recustody/New Sentence Date)
         (Time to Serve)
-1/2  6  (Good Conduct Credits)
      6  (Time Left to Serve)

**(STEP 5)**
Yr. Mo. Day
16 5 12  (Recustody/New Sentence Date)
+    6   (Time Left to Serve)
16 11 12 (Proj. Discharge Date)

**(STEP 6)**
Yr. Mo. Day
_____   (Release Date)
_____   (Recustody/New Sentence Date)
_____   (Good Conduct Credits)

**(STEP 7)**
Yr. Mo. Day
_____   (Discharge Date as in Step 3)
_____   (Good Conduct Credits)
_____   (Proj. Discharge Date)

Projected Discharge Date Calculated By: 11-12-16 JT  Corrected Calc
Terminal Operator Date Entered: JT 8-2-16 Controller

DC 1324
IL 426-0524

Exhibit (2)

HA1B78

## MSR VIOLATORS SENTENCED UNDER 1978 LAW

NAME _____ NUMBER _____ DATE _____

**(STEP 1) (A)**

Yr. Mo. Day

        (Recustody/New Sentence Date)
- _____  (Date D.A.V.)
        (Time Lost - MSR Viol.)

**(STEP 1) (B)**

Yr. Mo. Day

        (Recustody/New Sentence Date)
- _____  (Date D.A.V.)
        (Time Lost - MSR Viol.)

**(STEP 2)**

Yr. Mo. Day

        (Time Lost-1st Viol.-A)
+ _____  (Time Lost-2nd Viol.-B)
        (Total Time Lost)

15CR0753901

**(STEP 3)** (Mittimus NO. _____ )
PROJECTED OUT DATE

Yr. Mo. Day

        (Custody Date)
        (Sentence Less
+ _____  GCC)
        (Proj. Out Date)
        (Previous Time -
+or- _____ Lost/Awarded)
        (Proj. Out Date)
+ _____  (MSR Term)
        (Maximum Date)
+ _____  (Time Lost - MSR Viol.)
        (Discharge Date)

**(STEP 4)**

Yr. Mo. Day

        (Discharge Date)
        (Recustody/New
- _____  Sentence Date)
        (Time to Serve)
- _____  (G.C.C.)
        (Time Left to Serve)

**(STEP 5)**

Yr. Mo. Day

        (Recustody/New
        Sentence Date)
+ _____  (Time Left to Serve)
        (Proj. Discharge Date)

**(STEP 6)**

Yr. Mo. Day

        (Proj. Discharge Date)
        (Sentence Less
+ _____  GCC)
        (Adj. Proj. Out Date)

**(STEP 7)**

Yr. Mo. Day

        (Release Date)
        (Recustody/New
- _____  Sentence Date)
        (G.C.C.)

**(STEP 8)**

Yr. Mo. Day

        (Discharge Date
        as in Step 3)
- _____  (GCC)
        (Proj. Discharge Date)

---

Projected Discharge/Out Date _____    Terminal Operator _____
Calculated By _____    Date Entered _____
DC 1324 (Rev. 9/96)
IL 426-00524



# OFFICE OF EXECUTIVE INSPECTOR GENERAL
FOR THE AGENCIES OF THE ILLINOIS GOVERNOR

69 WEST WASHINGTON STREET, SUITE 3400
CHICAGO, ILLINOIS 60602
(312) 814-5600

## REFERRAL

June 6, 2017

Anthony Hill
1001 W. 78th St., Apt. 3
Chicago, IL 60620

**Re: OEIG Complaint #17-00909**

Dear Mr. Hill:

Upon review of your complaint, the Office of Executive Inspector General has determined that the nature of your allegation is such that it is more appropriately addressed by the Department of Corrections. The OEIG works closely with other inspectors general and agency investigators where necessary to ensure the matter is appropriately addressed. Therefore, we have referred your complaint to that office.

Please be aware that there are stringent "whistle blower" protections provided in the State Officials and Employees Ethics Act (5 ILCS 430/15-5) that prohibit retaliation against those who make good faith allegations of misconduct.

Pursuant to Illinois Statute and Executive Order, complaints, files and reports of the Office of Executive Inspector General are confidential and may not be disclosed. Any such disclosure could impede an investigation and thereby interfere with the enforcement of the law. (5 ILCS 430/20-90(b); 5 ILCS 430/20-95 (D); Executive Order 4, §V (2)). If you have any questions regarding non-disclosure of confidential information, please feel free to contact our office.

Sincerely,

Margaret A. Hickey
Executive Inspector General

By: *Antoinette Kwateng* FNU
Antoinette A. Kwateng
Deputy Inspector General
Complaints & Compliance Division

EXHIBITS (3)

01.07.424A-J

# SENTENCE CALCULATION WORK SHEET

## MANDATORY SUPERVISED RELEASE VIOLATORS SENTENCED UNDER 1978 LAW

NAME: Anthony Hall  NUMBER: K75792  DATE: 11-28-16

**(STEP 1) (A)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| 2016 | 11 | 12 | (Recustody/New Sentence Date) (Date D.A.V.) |
| | | | (Time Lost – MSR Viol.) |

**(STEP 1) (B)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| | | | (Recustody/New Sentence Date) (Date D.A.V.) |
| | | | (Time Lost – MSR Viol.) |

**(STEP 2)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| | | | (Time Lost – 1st Viol. –A) |
| | | | (Time Lost – 2nd Viol. –B) |
| | | | (Total Time Lost) |

**(STEP 3)** MITTIMUS NO. 15CR075390I

PROJECTED OUT DATE

| Yr. | Mo. | Day | |
|---|---|---|---|
| | | | (Custody Date) |
| | | | (Sentence Less Good Conduct Credits) |
| | | | (Proj. Out Date) |
| + or - | | | (Previous Time Lost/Awarded) |
| | | | (Proj. Out Date) |
| | | | (MSR Term) |
| | | | (Maximum) |
| | | | (Time Lost – MSR Viol.) |
| | | | (Discharge Date) |

**(STEP 4)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| | | | (Discharge Date (Recustody/New Sentence Date) |
| | -1/2 | | (Time to Serve) (Good Conduct Credits) |
| | | | (Time Left to Serve) |

**(STEP 5)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| | | | (Recustody/New Sentence Date) |
| | | | (Time Left to Serve) |
| | | | (Proj. Discharge Date) |

**(STEP 6)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| 2016 | 11 | 28 | (Release Date) |
| 2016 | 11 | 12 | (Recustody/New Sentence Date) |
| | | 16 | (Good Conduct Credits) |

**(STEP 7)**

| Yr. | Mo. | Day | |
|---|---|---|---|
| 2018 | 11 | 12 | (Discharge Date as in Step 3) |
| | | 16 | (Good Conduct Credits) |
| 2018 | 10 | 26 | (Proj. Discharge Date) |

Projected Discharge Date Calculated By: _____  Terminal Operator: _____
Date Entered: 11-28-16

DC 1324
IL 426-0524

EXHIBIT 4

DC 1321

## SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME _____ NUMBER _____ DATE _____

**(STEP 1) (A)**

Yr. Mo. Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 (Add 1 Day)
  _____ (Jail Credits)

**(STEP 1) (B)**

Yr. Mo. Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 (Add 1 Day)
  _____ (Jail Credits)

**(STEP 1) (C)**

Yr. Mo. Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 (Add 1 Day)
  _____ (Jail Credits)

**(STEP 1) (D)**

Yr. Mo. Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 (Add 1 Day)
  _____ (Jail Credits)

**(STEP 2)**

Yr. Mo. Day

+ _____ (Jail Credits-A)
+ _____ (Jail Credits-B)
+ _____ (Jail Credits-C)
+ _____ (Jail Credits-D)
  _____ (Total Jail Credits)

**(STEP 3)**

Yr. Mo. Day

  _____ (Old Custody/Sentence Date)
- _____ (Total Jail Credits)
  _____ (New Custody Date)

**(STEP 4)** MITTIMUS NO. _____

PROJECTED OUT DATE

Yr. Mo. Day

  _____ (New Custody Date)
+ _____ (Sentence Less GCC)
  _____ (Projected Out Date)
+ or - _____ (Previous Time Lost/Awarded)
  _____ (Adj. Proj. Out Date)

**(STEP 5)**

MANDATORY OUT DATE

Yr. Mo. Day

  _____ (New Custody Date)
+ _____ (Sentence)
  _____ (Mandatory OutDate)

Adj. Proj. Out Date _____  Terminal Operator _____
Mandatory Out Date _____  Date Entered _____
Calculated By _____

DC 1321 (Rev 10/96)
IL 426-0521

EXHIBIT 5

| | | |
|---|---|---|
| OERPP129 | ILLINOIS DEPARTMENT OF CORRECTIONS | PAGE: 1 |
| AS OF DATE: 11/28/2016 | OFFENDER 360 | RUN DATE: 11/28/2016 |
| | REPORTING INSTRUCTIONS | RUN TIME: 10:29:43 AM |




HILL, ANTHONY J             SHAWNEE
_____           _____
    (RELEASE)                   (FACILITY)
     K75792                     11/28/2016
_____           _____
(DOC INSTITUTION NUMBER)      (RELEASE DATE)

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:
    HOME:   TANJI HILL    WIFE
    1001 W 78TH ST
    3
    CHICAGO ILLINOIS 60620
    952-367-6843

ASSIGNED PAROLE OFFICE:
    DIST 1 AM SOSU
    1110 S. OAKLEY
    CHICAGO ILLINOIS 60612
    TELEPHONE NUMBER:

REPORTING INSTRUCTIONS:  UPON RELEASE, GO DIRECTLY TO THE ASSIGNED
RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY
CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744.
IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY
TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE,
                                                   OTHERWISE.
DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT.
DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT.
IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE
CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT
MAY BE ISSUED FOR YOUR ARREST.
ISP REGISTRY REQD: Yes

Pin 7617

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!                                                                  !
!                                                                  !
! SPECIAL REPORTING INSTRUCTIONS:                                  !
!                                                                  !
!                                                                  !
!                                                                  !
!                                                                  !
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

_____     _____
(FIELD SERVICES REPRESENTATIVE)          (DATE)
I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

   [signature: Anthony Hill]             11/28/2016
_____     _____
      (RELEASEE SIGNATURE)               (DATE)
CC(3): RELEASEE (ORIGINAL); INSTITUTION; PAROLE OFFICE



# John Howard Association of Illinois

P.O. Box 10042, Chicago, IL 60610-0042
Tel. 312-291-9237 Fax. 312-526-3714

December 15, 2016

Mr. Anthony Hill
1001 W. 78th Street, Apt. 3
Chicago, IL 60620

Dear Mr. Hill,

The information as to transferring from the S.O. registry to the MVOAY registry (taken from the IL State Police website) is as follows:

How can an individual be transferred from the Illinois Sex Offender Registry to the Murderer and Violent Offender Against Youth Registry?
First Degree Murder of a Child, Kidnapping, Aggravated Kidnapping, Unlawful Restraint, Aggravated Unlawful Restraint, Child Abduction, and Forcible Detention are offenses which are eligible for transfer from the Sex Offender Registry to the Murderer and Violent Offender Against Youth Registry when the following stipulations are met according to 730 ILCS 154/11:

- The sole offense requiring registration was a conviction or adjudication for an offense or offenses listed in the FAQ of the Murderer and Violent Offender Against Youth Registry. If the individual has a conviction for an offense which requires sex offender registration, this individual will continue to register under the Sex Offender Registration Act and is not eligible for transferring to this registry.
- The State's Attorney's Office in the county in which the individual was convicted has verified, on the form prescribed by the Illinois State Police, that the crime that required or requires registration was not sexually motivated. (Sexually motivated is defined as one or more of the facts of the underlying offense indicates conduct that is of a sexual nature or that shows an intent to engage in behavior of a sexual nature.) It is the responsibility of the offender to contact the state's attorney's office and request this form be completed. These forms have been provided to all state's attorneys in Illinois.
- The completed form has been received by the registering law enforcement agency and the Illinois State Police Sex Offender Registration Unit.
- If the individual was convicted in the military, out-of-state, or in federal court, it remains the responsibility of the offender to have this form completed and verified by the county of your conviction.

The ISP's registration unit's (SOR) number is 217-785-0653
The ISP's sex offender hotline's number is 888-414-7678

Good luck. As far as I know, ISP or IDOC are not compelled by law to label people as sex offenders that are not sex offenders. So, you should be able to get this fixed.

Regards—JHA Staff



May 17, 2017

Mr. Anthony Hill
1001 W. 78th St., Apt. 3
Chicago, IL 60620

Dear Mr. Hill:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the <u>government</u> has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have. The following agency might be able to assist you:

**People's Law Office**
1180 North Milwaukee Ave
Chicago, Illinois 60642
Phone: (773) 235-0070
http://peopleslawoffice.com/

**Mandel Legal Clinic-University of Chicago****
6020 South University Ave.
Chicago, IL 60637
773-702-9611
http://www.law.uchicago.edu/clinics/mandel

**Uptown People's Law Center**
4413 North Sheridan
Chicago, IL 60640
773-769-1411 (by appointment)
http://uplcchicago.org

Please accept our regrets that we cannot help you with your situation.

Sincerely,

Intake Department

 

Exhibit 8

# OFFICE OF EXECUTIVE INSPECTOR GENERAL
## FOR THE AGENCIES OF THE ILLINOIS GOVERNOR

69 WEST WASHINGTON STREET, SUITE 3400
CHICAGO, ILLINOIS 60602
(312) 814-5600

<u>REFERRAL</u>

June 20, 2017

Anthony Hill
1001 W. 78th St., Apt. 3
Chicago, IL 60620

**Re: OEIG Complaint #17-01058**

Dear Mr. Hill:

Upon review of your complaint, the Office of Executive Inspector General has determined that the nature of your allegation is such that it is more appropriately addressed by the Department of Corrections. The OEIG works closely with other inspectors general and agency investigators where necessary to ensure the matter is appropriately addressed. Therefore, we have referred your complaint to that office.

Please be aware that there are stringent "whistle blower" protections provided in the State Officials and Employees Ethics Act (5 ILCS 430/15-5) that prohibit retaliation against those who make good faith allegations of misconduct.

Pursuant to Illinois Statute and Executive Order, complaints, files and reports of the Office of Executive Inspector General are confidential and may not be disclosed. Any such disclosure could impede an investigation and thereby interfere with the enforcement of the law. (5 ILCS 430/20-90(b); 5 ILCS 430/20-95 (D); Executive Order 4, §V (2)). If you have any questions regarding non-disclosure of confidential information, please feel free to contact our office.

Sincerely,

Margaret A. Hickey
Executive Inspector General

By: _Antoinette Kwateng_ FNO
Antoinette A. Kwateng
Deputy Inspector General
Complaints & Compliance Division

Also many of my Civil Rights have Been Violated From The Begining As Being Label As SJO I was never Admonished To have To Register as Sex offender I Dont or never Attempted To have sex with the ~~young~~ woman and my crime was I Brought Alchol for her in which I should had look At her ID and that was my mistake and how was to have To Be consider as a SJO when there was no sex involed and this has ruined my life for over 16 yrs and its By The grace and mercy Am not Dead yet Because this have made me so sick That it has effected my Heart and soul and my family name Ive have got High Blood pressure and had a Heart Attack in 2004, Also have Been Servarl Beaten By Cook County Sheriff in 2009 and in 2012 By South Holland police By many officer's and it have Taken my New wife many years To find a place for us to live and it was approved By Chicago police and By Cook County Sheriff department and Now the Field Service never call my wife To check where Ive been Living that why I am in so much pain emotionly and stresed daily as Being LaBel ds this person when I have Be punised for nothing for many yrs All of my consititution Rights have Been Violated and they steadd running Back and forth in the prison system when it was a misdemeor for the first ~~Be~~ Becining! Also the Judge Brought The Class down To 4 and he never stated That I could not go Back home I was to Dress in and out and not a Turnaround I am violated again and again to get money off my name and I need To Be released To my wife and family my civil Rights have Been violated all this Time and have not Received Any medical Treatment and

Peter Buh
630-442-1519

~~Very ~~~~[scribbled out]~~
~~53 W Jack~~ ~~Suite 1442~~
~~87 926 2934~~

Fagant Davis
847-278-9599

Frankel Cohen
53 W Jackson suite 1615
Julie 312-444-0941

No good Lawyer ~~Matteson~~ ~~Michigan~~ ~~630-333-4174~~

B Aime
53 W Jackson suite 1615
312-702-2683

Adrew Weinberg
773-908-9811

Steven ~~lawyer~~ Roach
~~Corp~~
847-260-7773

877-959-1375    312-767-4962    150 N Michigan suite 2600    312 313-1015
                                                              McCready
Norma Jean Sander                                             Gare

1049 E 46ᵗʰ
773-285-5902

Silver Cross Free Standing
12701 W 143 Homer Glen IL
708-361-6337
312-554-2001
11038 S [illegible]

Mufflin & Brodie Inc